UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI,
                            Plaintiff,

v.

AILY FOOT RELAX STATION, INC. d/b/a
Foot Relax Spa Station; LINDA FOOT
RELAX SPA STATION, INC. d/b/a Foot
Relax Spa Station; XIANG MAN ZHANG
a/k/a AILING ZHANG; and KE XUE
ZHENG,
                            Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 11881 (VB)

       Defendants' motion for summary judgment (Doc. #128) is DENIED.

       A case management conference is scheduled for **July 11, 2022, at 3:30 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision.

       The parties shall also be prepared to discuss the setting of a trial date and a schedule for pretrial submissions, as well as what efforts they have made and will make to settle this case. The conference will take place in Courtroom 620 at the White Plains courthouse.

       The Clerk is instructed to terminate the motion. (Docs. ##127, 128).

Dated: June 27, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge