UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI,
                        Plaintiff,

v.

AILY FOOT RELAX STATION, INC. d/b/a     :    **ORDER**
Foot Relax Spa Station; LINDA FOOT
RELAX SPA STATION, INC. d/b/a Foot     :    19 CV 11881 (VB)
Relax Spa Station; XIANG MAN ZHANG
a/k/a AILING ZHANG; and KE XUE
ZHENG,
                        Defendants.
--------------------------------------------------------------x

       As discussed at a conference held on July 11, 2022, and attended by counsel for all parties, it is hereby ORDERED:

1. The parties are instructed to continue discussing settlement in good faith.

2. By **July 18, 2022**, plaintiff shall file a letter, not to exceed three pages, responding to defendants' motion for change of venue. (Doc. #133).

3. By **July 25, 2022**, counsel shall submit a <u>joint</u> letter confirming whether all parties consent to conducting all further proceedings, including trial, before the assigned Magistrate Judge. If so, the parties shall complete the attached consent form and submit it to the Court for review.

4. By **October 11, 2022**, in accordance with Paragraph 4.A of the Court's Individual Practices, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and the Court's Individual Practices.

5. By **December 9, 2022**, the parties shall file proposed <u>voir dire</u>, any motions <u>in limine</u>, joint proposed jury instructions, and a joint verdict firm. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties.

1

The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

6. Oppositions to motions in limine, if any, are due **December 23, 2022**. No replies will be permitted absent prior Court approval.

7. A final pre-trial conference is scheduled for **January 18, 2023, at 10:00 a.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

8. Jury selection and trial are scheduled to begin on **January 23, 2023, at 9:30 a.m**.

Dated: July 12, 2022
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____
*Plaintiff*
v.
_____
*Defendant*

)
)
)   Civil Action No.
)
)
)

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.