UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YONG BIAO JI,                                          :
                                    Plaintiff,         :
v.                                                     :
                                                       :
AILY FOOT RELAX STATION, INC. d/b/a                    :       **ORDER**
Foot Relax Spa Station; LINDA FOOT                     :
RELAX SPA STATION, INC. d/b/a Foot                     :       19 CV 11881 (VB)
Relax Spa Station; XIANG MAN ZHANG                     :
a/k/a AILING ZHANG; and KE XUE                         :
ZHENG,                                                 :
                                    Defendants.        :
------------------------------------------------------------------x

On October 11, 2022, the parties filed their proposed Joint Pretrial Order. (Doc. #144

("JPTO")). Defense counsel was required to list the exhibits defendants expect to offer in their

case in chief in the JPTO. See Fed. R. Civ. P. 26(a)(3)(A)(iii); Individual Practices of Judge

Vincent Briccetti ¶ 4.A. However, defense counsel failed to do so, stating he was "[u]nable to

provide within 15 minuutes [sic] Plaintiff left for the Defendant." (JPTO at ECF 8).

Defense counsel has known for several months that the JPTO was due October 11, 2022,

and the required contents thereof. (See Doc. #134). Defense counsel's excuse that he did not

have enough time to prepare the list of exhibits is unacceptable.

By October 24, 2022, defense counsel must submit a revised JPTO to plaintiff's counsel

that includes the list of exhibits defendants intend to offer. Plaintiff's counsel shall have until

October 31, 2022, to file a revised JPTO on the docket that reflects defendants' exhibit list and

plaintiff's objections thereto.

Dated: October 14, 2022
       White Plains, NY

                                                       SO ORDERED:

                                                       _____
                                                       Vincent L. Briccetti
                                                       United States District Judge