UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI,
                      Plaintiff,

v.

AILY FOOT RELAX STATION, INC. d/b/a
Foot Relax Spa Station; LINDA FOOT
RELAX SPA STATION, INC. d/b/a Foot
Relax Spa Station; XIANG MAN ZHANG
a/k/a AILING ZHANG; and KE XUE
ZHENG,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 11881 (VB)

      The Court has reviewed the parties' recent submissions, including plaintiff's letter and proposed pre-trial order filed November 4, 2022 (Docs. ##155–156), and defendants' letter filed November 7, 2022. (Doc. #157).

      The Court appreciates plaintiff's mindfulness of the Court's prior Orders, but determines to grant defendants' request for an extension of time for the parties to file a complete, and joint, revised proposed pre-trial order. Accordingly, by **November 18, 2022**, the parties shall file a revised joint pre-trial order that reflects the final submissions of both parties.

Dated: November 9, 2022
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge