UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI,

                     Plaintiff,

v.

AILY FOOT RELAX STATION, INC. d/b/a
Foot Relax Spa Station; LINDA FOOT
RELAX SPA STATION, INC. d/b/a Foot
Relax Spa Station; XIANG MAN ZHANG
a/k/a AILING ZHANG; and KE XUE
ZHENG,

                     Defendants.
--------------------------------------------------------------x



1-18-23

**ORDER**

19 CV 11881 (VB)

Copies Mailed/Faxed 1-18-23
Chambers of Vincent L. Briccetti

      As discussed at a conference held on January 18, 2023, attended by counsel for plaintiff, but at which no defendants appeared in person or through counsel without excuse or explanation, it is hereby ORDERED:

1. On **February 23, 2023, at 4:00 p.m.**, the Court will hold a conference in this action, to proceed in person at the White Plains Courthouse, Courtroom 620.

2. Defendants are required to appear at the February 23 conference. Defendants are reminded that individual defendants Xiang Man Zhang and Ke Xue Zheng may appear in person and represent themselves or appear through an attorney, but that defendants Aily Foot Relax Station, Inc., and Linda Foot Relax Spa Station, Inc., are corporations that cannot appear in federal court without counsel. Accordingly, defendants Aily Foot Relax Station, Inc., and Linda Foot Relax Spa Station, Inc., must engage an attorney to appear at the February 23 conference. Any defendant that fails to appear at the February 23 conference risks penalty or entry of a default judgment against them.

3. Jury selection and trial, currently scheduled to begin January 23, 2023, are adjourned to **April 10, 2023, at 9:30 a.m.**

4. Chambers will mail a copy of this Order to defendants at the following addresses. Plaintiff's counsel is also directed to mail a copy of this Order to defendants at the following addresses or at any other addresses at which plaintiff's counsel believes the defendants may be reached:

    Aily Foot Relax Station, Inc.
    1793 Central Park Avenue
    Yonkers, New York 10710

    Linda Foot Relax Spa Station, Inc.
    3035-3189 Route 46

Store 17
Parsippany, NJ 07054

Xiangman Zhang
144-54 35th Avenue
Apartment 54EA
Queens, New York 11354

Kexue Zheng
144-41 38th Avenue
Apartment B
Queens, New York 11354

Dated: January 18, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge