UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YONG BIAO JI,           :
                Plaintiff,      :
v.                      :
                        :
AILY FOOT RELAX STATION, INC. d/b/a    :    **ORDER**
Foot Relax Spa Station; LINDA FOOT     :
RELAX SPA STATION, INC. d/b/a Foot     :    19 CV 11881 (VB)
Relax Spa Station; XIANG MAN ZHANG     :
a/k/a AILING ZHANG; and KE XUE         :
ZHENG,                                 :
                Defendants.    :
--------------------------------------------------------------x

      For substantially the reasons set forth in plaintiff's Request for Clerk's Certificate of Default (Doc. #189) and Declaration in Support of Request for Clerk's Certificate of Default (Doc. #190), plaintiff's motion for an entry of default against all defendants pursuant to Fed. R. Civ. P. 55(a) is GRANTED.

      The Clerk is respectfully requested to enter the Clerk's Certificate of Default as submitted by plaintiff. (Doc. #190-1).

      Plaintiff is directed to serve this Order on all defendants by mail at the addresses set forth in the Court's February 23, 2023, Order (Doc. #188) and to file proof of service on the docket by March 13, 2023.

      The deadline for plaintiff to move for a default judgment against defendants, and the deadlines for any opposition and reply, remain as scheduled in the Court's February 23 Order. (Doc. #188).

Dated: February 24, 2023
       White Plains, NY

                                   SO ORDERED:

                                   Vincent L. Briccetti
                                   United States District Judge